# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BRUNSON ROBERTS,**
**ADC #127841**                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 5:14CV0054 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction,** *et al.*                **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray have been received, along with the filed objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for partial summary judgment [Doc. No. 22] is granted.

2.      All of Roberts's claims against Maroney are dismissed without prejudice.

3.      Roberts's racial discrimination claims against Jackson, Sumner, and Lester are dismissed without prejudice.

4.      Roberts may proceed with his: (a) racial discrimination claims against Hobbs, Evans, and May; and (b) retaliation claims against Hobbs, Evans, May, Jackson, Sumner, and Lester.

5.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this order would not be taken in good faith.

DATED this 6th day of November 2014.

_____
UNITED STATES DISTRICT JUDGE