IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS,** **PLAINTIFF**
ADC #127841

v. CASE NO. 5:14CV00054 BSM

**RAY HOBBS, Director,**
Arkansas Department of Correction, et al. **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been received, along with plaintiff's objections and request to voluntarily dismiss his case. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 47] is granted, and the case is dismissed with prejudice.

2. Plaintiff's motion for summary judgment [Doc. No. 67] is denied.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 27th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE